**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT

**FRANCESSE SENAT DOR,**

Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.;**

**EQUIFAX INFORMATION SERVICES, LLC;**

**TRANS UNION, LLC;**

**MOHELA;**

**AIDVANTAGE;**

**NAVIENT SOLUTIONS, LLC;**

**ASCENDIUM EDUCATION SOLUTIONS, INC.,**

Defendants.

Civil Action No.: _____

Jury Trial Demanded

**COMPLAINT**

Plaintiff Francesse Senat Dor ("Plaintiff"), proceeding pro se, brings this action against Defendants for violations of the **Fair Credit Reporting Act (FCRA)**, **Fair Debt Collection Practices Act (FDCPA)**, **Connecticut Unfair Trade Practices Act (CUTPA)**, **Defamation**, and **Negligence**, and alleges as follows:

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction under **28 U.S.C. §1331** because Plaintiff asserts claims under the FCRA and FDCPA.
2. Supplemental jurisdiction exists under **28 U.S.C. §1367** for Plaintiff's state law claims.

3. Venue is proper under **28 U.S.C. §1391(b)** because Plaintiff resides in Stamford, Connecticut, and the events giving rise to this action occurred in this District.

## II. PARTIES

4. Plaintiff is a natural person residing in Stamford, Connecticut.
5. Defendants Experian, Equifax, and TransUnion are consumer reporting agencies ("CRAs") conducting business nationwide, including in Connecticut.
6. Defendants MOHELA, Aidvantage, Navient, and Ascendium are furnishers and/or servicers of student loan accounts that report information to the CRAs.

## III. FACTUAL BACKGROUND

### A. Inaccurate and Harmful Credit Reporting

7. Plaintiff's credit reports contain **duplicate reporting** of the same federal student loans under multiple furnishers, including MOHELA, Aidvantage, Navient, and Ascendium.
8. Plaintiff's reports show **conflicting balances** for identical accounts across all three CRAs.
9. Closed-school loans from Sanford-Brown College continue to report **derogatory late payments, 120-day delinquencies**, and **default statuses**.
10. Plaintiff's reports contain **different legal names** attached to the same accounts.
11. Plaintiff's reports show **different counts of open accounts** across CRAs.
12. None of the Defendants provided documentation verifying the accuracy of the disputed entries.

### B. Plaintiff's Disputes and CFPB Complaints

13. Plaintiff disputed the inaccurate information with all three CRAs multiple times.
14. Plaintiff filed **five CFPB complaints** between January 2025 and February 2026.
15. Despite receiving disputes and documentation, the CRAs repeatedly responded with **"no change"**.
16. Furnishers failed to conduct reasonable investigations after receiving disputes from the CRAs.
17. Plaintiff provided extensive evidence, including screenshots, comparison tables, and documentation, yet Defendants failed to correct the inaccuracies.

### C. Servicer Misconduct

18. MOHELA, Aidvantage, Navient, and Ascendium provided contradictory explanations regarding ownership, balances, and disbursement histories.

19. Ascendium admitted becoming the "holder" after a default claim but failed to provide chain-of-title documentation or proof of notices.
20. No servicer provided a complete disbursement ledger, refund ledger, or validation of the debt.

### D. Harm to Plaintiff

21. Plaintiff suffered emotional distress, anxiety, financial instability, credit denials, and reputational harm.
22. Plaintiff is currently unemployed and has been adversely affected by inaccurate credit reporting.

## IV. CLAIMS FOR RELIEF

**Count I — FCRA §1681e(b) (Against Experian, Equifax, TransUnion)**

Failure to maintain reasonable procedures to assure maximum possible accuracy.

**Count II — FCRA §1681i (Against Experian, Equifax, TransUnion)**

Failure to conduct a reasonable reinvestigation after receiving disputes.

**Count III — FCRA §1681s-2(b) (Against MOHELA, Aidvantage, Navient, Ascendium)**

Failure to investigate disputes forwarded by the CRAs.

**Count IV — FDCPA (Against Ascendium)**

Attempting to collect without proper validation; misrepresenting the legal status of the debt.

**Count V — CUTPA (Against MOHELA, Aidvantage, Navient, Ascendium)**

Unfair and deceptive servicing and reporting practices.

**Count VI — Defamation (Against All Defendants Who Published False Information)**

Publishing false credit information with knowledge or reckless disregard for the truth.

**Count VII — Negligence (Against All Defendants)**

Failure to exercise reasonable care in reporting, furnishing, and investigating Plaintiff's credit information.

### Count VIII — Declaratory and Injunctive Relief

Order Defendants to correct or delete inaccurate information.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against all Defendants, jointly and severally, and award the following relief:

1. A declaration that Defendants violated the FCRA, FDCPA, and state law.
2. An injunction requiring Defendants to correct, update, or delete all inaccurate, duplicate, inconsistent, or unverifiable information.
3. Statutory damages under the FCRA and FDCPA.
4. Actual damages for emotional distress, financial harm, credit denials, and reputational injury.
5. Punitive damages for willful and reckless violations.
6. Costs of suit and reasonable attorney's fees should counsel appear.
7. Any other relief the Court deems just and proper.

Respectfully submitted,

/s/ **Francesse Dor**

**Francesse Dor**

25 Taylor St.

Stamford, CT 06902

203-818-3832

francessesenat3@gmail.com

Pro Se Plaintiff